UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

IN RE:  Jonathan W. Turbitt                                    Chapter 13
                                                                              Case no:  07-41702 JBR

## APPLICATION TO EMPLOY ROBERT A. CASEY AS SPECIAL COUNSEL NUNC PRO TUNC

Now comes the Debtor in the above referenced proceeding and moves this Court for an order to employ Robert A. Casey, Esquire of 31 Lancaster Street, Worcester, MA 01609 ("Casey") *nunc pro tunc* to act as special counsel for purposes of representing Debtor in a private sale of his real estate at 330 S. Quinsigamond Ave, Shrewsbury, MA (hereafter "the Property").

In support of this motion, Debtor submits the following:

1. The Debtor filed a Chapter 13 Bankruptcy petition herein on or about May 4, 2007.

2. On or about May 7, 2007, Debtor entered into a Purchase and Sale Agreement which was prepared by Casey for the sale of his real estate at 330 S. Quinsigamond Ave, Shrewsbury, MA  01545 with Curtis Colonero and Kendra R. Martell of Shrewsbury, MA ("Buyers").

3. On or about June 2, 2007, Debtor's bankruptcy attorney, Philip M. Stone, filed a motion with this Court for an Order Authorizing and Approving Private Sale of the Property.

4. After due notice and hearing, this Court authorized and approved the private sale of the Property on June 14, 2007.

5. Debtor proposes to compensate Casey in accordance with his agreement which was $150.00 per hour plus expenses, which is $100.00 per hour less than the rate charged by bankruptcy counsel..

6. The Debtor, to the best of his knowledge, does not believe that Casey has any conflict of interest with regard to his employment and does not represent any interest adverse to Debtor's estate and is a "disinterested person" as that term is defined in 11 USC Section 101(14).

WHEREFORE, Debtor requests that this Court enter an order authorizing the Debtor to employ Casey as Special Counsel *nunc pro tunc* to the Debtor for the sole purpose of representation relating to the sale of the Property.

                                                      Jonathan W. Turbitt
                                                      by his attorney,

                                                      /s/Philip M. Stone
                                                      Philip M. Stone, BBO No. 544139
                                                      44 Front Street
                                                      Worcester, Massachusetts 01608
                                                      Tel. 508.755.7354
                                                      Fax. 508.752.3730

DATED:    September 11, 2007

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

IN RE:  Jonathan Turbitt                              Chapter 13
                                                      Case no:  07-41702 JBR

**ORDER AUTHORIZING EMPLOYMENT OF
ROBERT A. CASEY AS SPECIAL COUNSEL FOR
THE DEBTOR NUNC PRO TUNC**

The matter having come before me on the Application to Employ Robert A. Casey as Special Counsel Nunc Pro Tunc after due notice to interested parties, and no objections being filed,

IT IS HEREBY ORDERED that the Application to Employ Robert A. Casey of 31 Lancaster Street, Worcester, MA 01609, as Special Counsel Nunc Pro Tunc be allowed with all fees and expenses subject to approval by this Court.

_____

DATED:                                                Joel B. Rosenthal
                                                      Bankruptcy Judge